

COM.

v.

KOKINDA, J.

3667 EDA 2016

Superior Court of Pennsylvania.

07/06/2017

Reargument Denied 9/6/2017

CP–39–CR–0004541–2007 (Lehigh)

Affirmed

IN the INTEREST OF:
H.A.Y., a Minor

572 EDA 2017

Superior Court of Pennsylvania.

07/06/2017

2016–A0188
(Montgomery)

Affirmed

IN the INTEREST OF: S.R.Y.,
JR., a Minor

574 EDA 2017

Superior Court of Pennsylvania.

07/06/2017

2016–A0189 (Montgomery)

Affirmed

LETTERLE & ASSOC.

v.

TRESCHOW, S. & Lehman, P.

1178 MDA 2016

Superior Court of Pennsylvania.

07/06/2017

2015-988 (Centre)

Affirmed/Reversed

IN the INT. OF: K.,G., a Minor

Appeal of: York CYS

1922 MDA 2016

Superior Court of Pennsylvania.

07/06/2017

CP–67–DP–0000220–2016 (York)

Vacated/Remanded

COM.

v.

SANDERS, J.

19 MDA 2017

Superior Court of Pennsylvania.

07/06/2017

CP–67–CR–0002003–2015 (York)

Affirmed—Application to Withdraw as Counsel Granted

